UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANNY KENNEDY | * | CIVIL ACTION NO.<br>02:22-cv-04459 CJB-MBN |
| VERSUS | * | SECTION: "J"<br>JUDGE CARL J. BARBIER |
| LIQUID MUD BARGES, INC.<br>and HPC INDUSTRIAL SERVICES, LLC | * | DIVISION: (5)<br>MAG. JUDGE MICHAEL B. NORTH |

**SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**

NOW INTO COURT, by and through undersigned counsel, comes DANNY KENNEDY, Plaintiff herein, and in this Second Amended and Supplemental Complaint alleges the following:

1.

DANNY KENNEDY is a person of the full age of majority and a citizen of the state of Louisiana, who resides in Thibodaux, Louisiana.

2.

Plaintiff's claims are brought pursuant to the general maritime laws of the United States of America and 33 U.S.C. §901, *et seq.*, including but not limited to 33 U.S.C. §905(b).

3.

Made Defendants herein are:

a) MARMAC, LLC, hereinafter referred to as MARMAC, a Louisiana limited liability company authorized to do and doing business in the state of Louisiana, incorrectly named in the original complaint as LIQUID MUD BARGES, INC., having its principal place of business in Metairie, Louisiana;

b)     HPC INDUSTRIAL SERVICES, LLC, hereinafter referred to as HPC, a foreign limited liability company authorized to do and doing business in the state of Louisiana having its principal place of business within Louisiana located in St. Gabriel, Louisiana; and,

c)     DEEP SOUTH CONSTRUCTION & SALVAGE, L.L.C., hereinafter referred to as DEEP SOUTH, a Louisiana limited liability company authorized to do and doing business in the state of Louisiana having its principal place of business located in Belle Chasse, Louisiana.

4.

On November 9, 2021, Plaintiff DANNY KENNEDY was employed by Elite Workforce, LLC. Plaintiff was assigned to work at the HPC facility in Gibson, Louisiana. While at the HPC facility, Plaintiff performed his work onboard a liquid tank barge on Bayou Black. The barge in question was either the LMB 102 or LMB 104.

5.

At all times material to this lawsuit, the barge in question was a vessel owned and / or operated by MARMAC.

6.

At all times material to this lawsuit, HPC was the owner *pro hac vice* of the barge in question.

7.

At all times material to this lawsuit, DEEP SOUTH had chartered the barge in question from MARMAC.

8.

At all times material to this lawsuit, DEEP SOUTH was the operator and owner *pro hac vice* of the barge in question.

9.

At all times material to this lawsuit, the barge in question was operating on Bayou Black, a navigable waterway.

10.

On November 9, 2021, while onboard the barge in question, Plaintiff was ordered to turn a valve on the barge. Upon turning the valve as instructed, pressure was released from the barge's tank. The sudden, powerful force, which was unexpectedly released, struck Plaintiff knocking Plaintiff overboard into Bayou Black.

11.

The person who ordered Plaintiff to turn the valve was not a co-worker of the Plaintiff. This person who ordered Plaintiff to turn the valve was not an employee or agent of Elite Workforce, LLC. Upon information and belief, this person who ordered Plaintiff to turn the valve was an employee and / or agent of the Defendant MARMAC and / or Defendant HPC and / or Defendant DEEP SOUTH.

12.

As a result of this incident, Plaintiff sustained personal injuries, including but not limited to injuries to his shoulders, neck and lower back.

13.

A proximate cause of this incident was the vessel negligence of the barge in question (either LMB 102 or LMB 104) for which MARMAC and / or HPC and / or DEEP SOUTH had the care, custody and control.

14.

Additionally, or alternatively, a proximate cause of this incident was the negligence of HPC and /or MARMAC and /or DEEP SOUTH for providing improper, unsafe, or incorrect orders and instructions to the Plaintiff.

15.

At all times relevant herein, Plaintiff DANNY KENNEDY was free of fault for this incident and his resulting injuries and damages.

16.

As a result of this incident and the personal injuries sustained therein, Plaintiff DANNY KENNEDY has suffered or will suffer the following damages:

a) Past medical expenses;

b) Future medical expenses;

c) Past lost wages;

d) Loss of future wages and / or impairment of his future earning capacity; and,

e) General damages in the form of past and future physical and mental pain and suffering, permanent disability and the loss of enjoyment of life.

17.

WHEREFORE, Plaintiff DANNY KENNEDY prays for judgment herein and against the Defendants, MARMAC, LLC, HPC INDUSTRIAL SERVICES, LLC, and DEEP SOUTH CONSTRUCTION & SALVAGE, L.L.C.; that the Defendants be duly cited and served with a copy of this Second Amended and Supplemental Complaint, that MARMAC, LLC, HPC INDUSTRIAL SERVICES, LLC and DEEP SOUTH CONSTRUCTION & SALVAGE, L.L.C. be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of Plaintiff, DANNY KENNEDY, and against the Defendants herein, MARMAC, LLC and HPC INDUSTRIAL SERVICES, LLC, and DEEP SOUTH CONSTRUCTION & SALVAGE, L.L.C. jointly and severally, in the total sum of SEVEN HUNDRED THOUSAND ($700,000.00) DOLLARS, plus interest from the date of incident until paid, all costs of these proceedings, and for all other general, equitable maritime relief to which the Plaintiff may be entitled.

Respectfully submitted:

STRAUSS & KING, APLC

*/s/ Rhett E. King*
Berney L. Strauss (#12527)
Rhett E. King (#23811)
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com
berneylstrauss@yahoo.com